UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW L. SMITH,  Plaintiff, | ) ) ) No. 1:19-cv-271 |
| -v- | ) ) ) Honorable Paul L. Maloney |
| UNITED STATES OF AMERICA,  Defendant. | ) ) ) ) |

## JUDGMENT

The Court has granted the Government's motion to dismiss and has dismissed all claim without prejudice for lack of subject-matter jurisdiction. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: August 7, 2019        /s/ Paul L. Maloney
                            Paul L. Maloney
                            United States District Judge